IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01974-LTB

ERNEST J. VESNOR,

    Applicant,

v.

TOM CLEMENTS, Executive Director of CDOC Facilities, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 3, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 3 day of January, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Grimm
            Deputy Clerk